UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNELL G. HADDOCK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GOVERNOR GAVIN NEWSOM,<br><br>et al.<br><br>　　　　Defendants. | Case No. 2:23-cv-08679-VBF-KES<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation of the United States Magistrate Judge (Dkt. 29).  Further, the Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections (Dkt. 32) have been made.  The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

　　　//

　　　//

　　　//

1  IT IS THEREFORE ORDERED that Judgment be entered (a) dismissing the federal claims in the Second Amended Complaint with prejudice, and (b) declining to exercise jurisdiction over the state law claims in the Second Amended Complaint.

Dated:  April 11, 2025                              /s/ Valerie Baker Fairbank

                                                    _____
                                                    Hon. VALERIE BAKER FAIRBANK
                                                    UNITED STATES DISTRICT JUDGE