**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNELL G. HADDOCK,<br><br>    Plaintiff,<br><br>v.<br><br>GOVERNOR GAVIN NEWSOM, et al.,<br><br>    Defendants. | Case No. 2:23-cv-08679-VBF-KES<br><br>**JUDGMENT** |

Pursuant to the Court's Order Accepting Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the federal claims in the Second Amended Complaint are dismissed with prejudice, and the Court declines to exercise jurisdiction over the state law claims in the Second Amended Complaint.

Dated:  April 11, 2025          /s/ Valerie Baker Fairbank
                                     _____
                                     VALERIE BAKER FAIRBANK
                                     UNITED STATES DISTRICT JUDGE